**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
XYNA BROCKINGTON,

                Plaintiff,                21 **CIVIL** 2178 (LGS) (DCF)

      -v-                                  **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 6, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will direct that the case be reassigned to a different Administrative Law Judge (ALJ), and the ALJ will be directed to offer the Plaintiff an opportunity for a *de novo* hearing and issue a new decision.

**Dated:** New York, New York
           December 6, 2021

                                                    **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                         **BY:**
                                                         **Deputy Clerk**