UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
XYNA BROCKINGTON,                                           :
                                                            :
                            Plaintiff,    :    21 Civ. 2178 (LGS)
                -against-                 :
                                          :    ORDER
COMMISSIONER OF SOCIAL SECURITY,          :
                                          :
                            Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 1, 2022, Plaintiff's counsel filed a motion for attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C § 2412.  It is hereby

**ORDERED** that the Government shall file any response by March 16, 2022.  No reply shall be filed unless specifically requested.

Dated: March 2, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**