**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
XYNA BROCKINGTON,

                        Plaintiff,                    21 **CIVIL** 2178 (LGS)

       -against-                    **JUDGMENT**
                                    **For Attorney's Fees**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 2, 2024, the Report is ADOPTED in full. For the reasons stated in the Report, the Court authorizes an award of attorneys' fees of $15,000 under 42 U.S.C. § 406(b). On receipt of payment, Olinsky shall refund to Plaintiff the $2,517.58 previously received under the EAJA.

**Dated:** New York, New York
          August 5, 2024

                                                        **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                         **BY:**     *K. Mango*

                                                        **Deputy Clerk**